UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VEG-FRESH FARMS, LLC, a California limited liability company, and COLIMAN BANANAS LTD, a limited company,<br><br>Plaintiffs,<br><br>v.<br><br>JASPO, INC., a Washington corporation, and KOJI SUZUKI, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-1333-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On November 20, 2024, Plaintiffs filed proof of service on all Defendants. Dkt. Nos. 6–7. The Parties were subsequently ordered to file a joint status report by February 10, 2025. Dkt. No. 8. To date, Defendants have not appeared, nor have Plaintiffs filed a JSR or taken any other action on the docket.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, **within fourteen (14) days** of this Order, why this matter should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Dated this 24th day of February 2025.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 1